IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

EDDIE HENSON,

    Petitioner,

vs.                         CIVIL NO. 10-cv-1049-DRH

JEFFERSON COUNTY, ILLINOIS,
and THE ATTORNEY GENERAL OF
THE STATE OF ILLINOIS,

    Respondents.

## JUDGMENT

This action came before the Court, Chief District Judge David R. Herndon, for preliminary consideration of petitioner's application for writ of habeas corpus. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is summarily dismissed. Ground 1 of the petition is **DISMISSED** without prejudice. Grounds 2 and 3 of the petition are **DISMISSED** with prejudice. Judgment is entered in favor of respondent and against petitioner. Petitioner is to take nothing from this action.

**DATED**: October 4, 2011

                              NANCY J. ROSENSTENGEL, CLERK
                              By: s/ Tanya Kelley
                                  Deputy Clerk

**APPROVED**: October 4, 2011

Digitally signed by David R. Herndon
Date: 2011.10.04 14:43:12 -05'00'

Chief Judge
United States District Court